IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                                       No. 1:21-CV-00709-GBW-SCY

THE NEW MEXICO BOARD OF
BAR EXAMINERS, and THE NATIONAL
CONFERENCE OF BAR EXAMINERS, *et al.*,

    Defendants.

## ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL

This matter is before the Court on Plaintiff's "Motion to Seal, Restrict, or Otherwise Limit Inspection of Third Amended Complaint Filed with the United States District Court for the District of New Mexico," filed October 7, 2021. Doc. 37. At the same time as filing her motion to seal (which itself is filed under seal), Plaintiff filed her Motion for Leave to File Third Amended Complaint and her Third Amended Complaint on the docket under seal. Doc. 36, 37, 38. In her motion to seal, Plaintiff requests to "remain anonymous in all documents filed with or in this Court because the subject matter of the case regards currently concealed highly sensitive and medically confidential records protected under federal laws, per the American with Disabilities Act (ADA), Health Insurance Portability and Accountability Act of 1996 (HIIPA) and 42 U.S.C. § 121011 12102." Doc. 37 at 2.

As previously discussed in this case, Plaintiff filed her complaint, amended complaint, second amended complaint, and third amended complaint using the pseudonym "Jane Doe" and as such the Court entered a Notice and Order to Show Cause, requiring her to show cause why her full name should not be fully disclosed in public filing with the Court. Doc. 6. That

Show Cause Order is still pending, while the Court waits to issue a decision until after Defendants have had a chance to file a response. Even as she continues to use the pseudonym "Jane Doe," Plaintiff also requests that her filings be under seal in order to protect her privacy. Because the Court's decision on whether to allow Plaintiff to proceed anonymously may impact whether any portions of her third amended complaint should be sealed, the Court will allow the third amended complaint, motion to amend, and motion to seal (Docs. 36, 37, 38) to stay under seal for the time-being. Once the Court decides whether to allow Plaintiff to proceed anonymously or not, it will also decide whether to keep those documents under seal.

    IT IS SO ORDERED.

_____
**HONORABLE STEVEN C. YARBROUGH**
**United States Magistrate Judge**