IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.                                                      No. 1:21-CV-00709-GBW-SCY

THE NEW MEXICO BOARD OF
BAR EXAMINERS, and THE NATIONAL
CONFERENCE OF BAR EXAMINERS, *et al.,*

    Defendants.

## ORDER FOR SERVICE

This matter is before the Court on its Order Granting Motion for Leave to Proceed in Forma Pauperis and Waive Service of Process Fees (Doc. 46) and Plaintiff's response (Doc. 48). On October 14, 2021, the Court granted Plaintiff's motion to proceed in forma pauperis ("IFP") and ordered the Clerk's Office to send waivers of service forms to the Defendants. The Court, however, did not have addresses for all Defendants and therefore directed Plaintiff to provide additional addresses. Plaintiff has now done so.

**IT IS THEREFORE ORDERED** that the Clerk's Office shall mail this Order, the Order Granting Motion for Leave to Proceed in Forma Pauperis and Waive Service of Process Fees (Doc. 46), the Third Amended Complaint (Doc. 38), the Notice and Order to Show Cause (Doc. 6), Plaintiff's Petition for Permission to File Anonymously (Doc. 12), and notice and waiver of service forms to the following Defendants:

    Timothy Y. Wong
    225 S Sixth Street
    Suite 2800
    Minneapolis, Minnesota 55402

1

Suzanne K. Richards
4547 Carriage Hill Lane
Columbus, Ohio 43220

Scott Bales
3219 E. Camelback Road
Suite 432
Phoenix, Arizona 85018

Arlene Y. Coleman
P.O. Box 22302
Flagstaff, Arizona 86002

Solomon Oliver, Jr.
Carl B. Stoke United States Court House
801 West Superior Ave
Cleveland, Ohio 44113

Brad Gilbert
National Conference of Bar Examiners
302 S. Bedford Street
Madison, WI 53703

_____
**HONORABLE STEVEN C. YARBROUGH**
**United States Magistrate Judge**