IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANE DOE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　No. 1:21-CV-00709-GBW-SCY

THE NEW MEXICO BOARD OF
BAR EXAMINERS, and THE NATIONAL
CONFERENCE OF BAR EXAMINERS, *et al.,*

    Defendants.

**ORDER DENYING MOTIONS TO SEAL**

This matter is before the Court on Plaintiff's "Motion to Seal, Restrict, or Otherwise Limit Inspection of the Response to the Court's Motion for Leave to Proceed in Forma Pauperis and Waive Service of Process Directive." Docs. 47, 49.[1] At the same time as filing her motions to seal (which themselves are filed under seal), Plaintiff filed her "Response to Court's Motion for Leave to Proceed in Forma Pauperis and Waive Service of Process Directive" under seal. Docs. 47, 48, 49.

In her motion to seal, Plaintiff requests to "remain anonymous in all documents filed with or in this Court because the subject matter of the case regards currently concealed highly sensitive and medically confidential records protected under federal laws, per the American with Disabilities Act (ADA), Health Insurance Portability and Accountability Act of 1996 (HIIPA) and 42 U.S.C. § 121011 12102." Doc. 47 at 2. However, her response and motions to seal contain no medical information, no private information, and indeed, no information about

---

[1] Plaintiff appears to have filed the same motion twice, as CM/ECF Docs. No. 47 and 49.

Plaintiff at all. Accordingly, the Court denies her motion to seal and will unseal Docs. 47, 48, and 49.

    **IT IS SO ORDERED.**

                                        */s/ Steve Yarbrough*
                                        **HONORABLE STEVEN C. YARBROUGH**
                                        **United States Magistrate Judge**