FILED
United States Court of Appeals
Tenth Circuit

November 9, 2022

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

DOCTOR PERRY SPANN,

    Plaintiff - Appellant,

v.

THE NATIONAL CONFERENCE OF BAR EXAMINERS; THE NATIONAL CONFERENCE OF BAR EXAMINERS BOARD OF TRUSTEES AN OFFICERS; SUZANNE K. RICHARDS, ESQ., individually and as a Chair and as an Officer and as a Trustee; HULETT H. ASKEW, ESQ., individually and as an Immediate Past Chair and as an Officer and as a Trustee; TIMOTHY Y. WONG, ESQ., individually and as a Chair-Elect and as an Officer and as a Trustee; JOHN J. MCALARY, ESQ., Individually and as a Secretary and as an Officer and as a Trustee; JUDITH GUNDERSEN, ESQ., individually and as the President/CEO and as an Officer and as a Trustee; SCOTT BALES, ESQ., individually and as an Officer and as a Trustee; ARLENE Y. COLEMAN, ESQ., individually and as an Officer and as a Trustee; SOLOMON OLIVER, JR., ESQ., individually and as an Officer; AUGUSTIN RIVERA, JR., ESQ., individually and as an Officer and as a Trustee; DARIN B. SCHEER, ESQ., individually and as an Officer and as a Trustee; ANTHONY R. SIMON, ESQ., individually and as an Officer and as a Trustee; ANN A. SCOTT TIMMER, ESQ., individually and as an Officer and as a Trustee; MARILYN J. WELLINGTON, ESQ., individually and as an Officer and as

No. 22-2117
(D.C. No. 1:21-CV-00709-MIS-SCY)
(D. N.M.)

a Trustee; BRAD GILBERT, ESQ., individually and as General Counsel,

    Defendants - Appellees,

and

THE NEW MEXICO BOARD OF BAR EXAMINERS; KEVIN D. HAMMAR, ESQ, individually and as Former Vice Chair; SHAMMARA HALEY HENDERSON, ESQ, individually and as a Former Member; CARLA C. MARTINEZ, ESQ., individually and as a Former Member; BONNIE STEPLETON, ESQ., individually and as a Former Member; KEVIN FITZWATER, ESQ., individually and as a Former Member; HOWARD THOMAS, individually and as Executive Director, The New Mexico Board of Law Examiners; CYNTHIA LOVATO-FARMER, ESQ, individually and as Chair, The New Mexico Board of Bar Examiners; NAN NASH, ESQ., individually and as Vice Chair; MATEO PAGE, ESQ., individually and as Vice Chair; HENRY ALANIZ, ESQ., individually and as a Member; ARI BIERNOFF, ESQ., individually and as a Member; VICTORIA GARCIA, ESQ., individually and as a Member; MARGARET A. GRAHAM, ESQ., individually and as a Member; TORRI JACOBUS, ESQ., individually and as a Member; ROSALYN NGUYEN, ESQ., individually and as a Member; DYLAN O'REILLY, ESQ., individually and as a Member; OLGA SERAFIMOV, ESQ., individually and as a Member; LUCINDA R. SILVA, ESQ., individually and as a Member; BARBARA VIGIL, ESQ., individually and as a Member; SOPHIE MARTIN, ESQ., individually and as a Director of Communications,

2

| |   |
|---|---|
| Education, and Outreach; CONCEPCION FLORES, ESQ., individually and as a Member,<br><br>        Defendants. | |

_____

**ORDER**

_____

This matter is before the court on Appellant's Unopposed Motion to Withdraw Appeal of Plaintiff-Appellant as to All NCBE Defendants, construed as a *Motion to Voluntarily Dismiss*. As construed and upon consideration, the motion is granted. *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. 42(b).

A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk