IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PERRY SPANN,

      Plaintiff,

vs.                                                               Civ. No. 21-709 GBW/SCY

THE NEW MEXICO BOARD OF
BAR EXAMINERS, and THE
NATIONAL CONFERENCE OF
BAR EXAMINERS,

      Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Perry Spann, in her personal and individual capacities, will file an appeal to the United States Court of Appeals for the Tenth Circuit of the following Judgments and Orders:

1. Document (EFC) 194, Final Judgment Memorandum Opinion and Order Adopting Proposed Findings and Recommended Disposition filed on April 25, 2024.

2. Document (EFC) 193, Order Adopting Proposed Findings and Recommended Disposition, Granting Motion to Dismiss Fourth Amended Complaint, Dismission Fourth Amended Complaint Without Prejudice, Denying Motion for Leave to File a Fifth Amended Complaint, And Closing Case filed on April 25, 2024.

3. Document (EFC) 185, Order Denying Plaintiff's Motion for Reconsideration filed on November 1, 2023.

4. Document (EFC) 174, Order on Motion to Dismiss for Failure to State a Claim filed on September 18, 2023.

1

5. Document (EFC) 145, Memorandum Opinion and Order Adopting Proposed Findings and Recommended Disposition filed on September 16, 2022.

6. Document (EFC) 112, Order Granting Motion to Stay filed on December 15, 2021.

Date: May 24, 2024

    Respectfully submitted,
    Perry Spann
    By her attorneys

*/s/ Laurel J. Francoeur*
Laurel J. Francoeur
Francoeur Law Office
63 Shore Road, Suite 24
Winchester, MA 01890
781-705-2552
laurel@francoeurlaw.com

and

*/ s / Chandler C. Blair*
Chandler C. Blair, Esq.
Law Office of Chandler C. Blair
P.O Box 27803
Albuquerque, New Mexico 87125
+1 (505) 596 5505
chandler@chandlerblairlaw.com

and

*/s/ Lisa S. Cleveland*
Lisa S. Cleveland, Esq.
Cooke Cleveland, LLC
112 West 34th
17th Floor
New York, New York 10120
+1 (917) 971 0401
lisac@cookecleveland.com

*Counsels for the Plaintiff*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of May 2024, I filed the foregoing using CM/ECF which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

/s/ Laurel Francoeur
Laurel Francoeur
Attorney for Plaintiff Perry Spann
laurel@francoeurlaw.com

/s/ *Chandler C. Blair*
Chandler C. Blair, Esq.
Attorney for Plaintiff Perry Spann
chandler@chandlerblairlaw.com

/s/ *Lisa S. Cleveland*
Lisa S. Cleveland, Esq.
Attorney for Plaintiff Perry Spann
lisac@cookecleveland.com

3